IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 96-cr-389-JLK**

**ELGIN L. PHILLIPS,**

        Petitioner/Defendant,

v.

**UNITED STATES OF AMERICA**,

        Respondent/Plaintiff..

MINUTE ORDER

Judge John L. Kane **ORDERS**

        On February 15, 2011, Petitioner/Defendant filed a Motion to Resentence Defendant in Accordance with the Fair Sentencing Act of 2010 (doc. 150). For reasons unknown to me, the government has failed to respond to this motion. In order to ensure the timely, just resolution of this issue, the government shall file a response either opposing or acquiescing to Petitioner's motion no later than March 25, 2011.

Dated: March 15, 2011