IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 96-cr-389-JLK**

**UNITED STATE OF AMERICA,**

        Plaintiff,

v.

**1.  ELGIN L. PHILLIPS**,

        Defendant.

## ORDER

This matter is currently before me on Defendant's Emergency Motion for Temporary Interruption of Sentence (doc. 154). Defendant Elgin Phillips requests an interruption of his sentence from 10:00 a.m. on Friday, March 25, 2011, until 5:00 p.m. on Sunday, March 27, 2011, in order to attend the funeral of his sister. Defendant states that he attempted to obtain a furlough through the Bureau of Prisons (BOP) without success.

I find the motion is made in good faith and not to diminish the punishment aspect of Defendant's sentence. Furthermore, I find that Defendant has been, for all intents and purposes, a model inmate during his period of incarceration. Indeed, the Bureau of Prisons found him sufficiently reliable to allow a "furlough transfer," releasing Defendant for a twenty-eight hour period so that he could travel by bus, unaccompanied, from FCI-Sandstone in Sandstone, Minnesota, to FCI-Florence, in Florence, Colorado.

In light of these findings, Defendant's motion is GRANTED. He shall be released from the custody of the BOP and his sentence interrupted from 10:00 a.m., March 25, 2011, to 5:00 p.m., March 27, 2011, to allow him to travel to Aurora, Colorado to attend his sister's funeral.

This period of time shall be added to Defendant's sentence so that it will not constitute a sentence reduction. Defendant must arrange for his own transportation to and from FCI-Florence. It is further ordered that Defendant reside at 882 Uravan Street, Unit A, Aurora, Colorado, during the period of release.

Dated: March 24, 2010                                           BY THE COURT:

                                                                **/s/ John L. Kane**
                                                                Senior U.S. District Judge